```
                                                    FILED
                                              November 14, 2011
         UNITED STATES DISTRICT COURT FOR THE
                                              CLERK, US DISTRICT COURT
          EASTERN DISTRICT OF CALIFORNIA      EASTERN DISTRICT OF
                                                    CALIFORNIA
                                                   DEPUTY CLERK
```

UNITED STATES OF AMERICA,          )
                                   )    Case No. 2:11-CR-00467-LKK-2
          Plaintiff,               )
                                   )
v.                                 )    ORDER FOR RELEASE OF
                                   )    PERSON IN CUSTODY
MARAT GALOYAN,                     )
                                   )
          Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARAT GALOYAN , Case No. 2:11-CR-00467-LKK-2 , Charge  Title 18 USC § 1343 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     ✔    Bail Posted in the Sum of $ 100,000 (co-signed)

           ✔    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

           ✔    (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 14, 2011  at  2:20 pm .

By _____
   Dale A. Drozd
   United States Magistrate Judge