1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  2:11-CR-0467 JAM
12 |                    Plaintiff,    | STIPULATION AND ORDER
                                        CONTINUING IMPOSITION OF
13 | v.                               | JUDGMENT AND SENTENCING
14 | ZHORA DARMOYAN, et. al.,         | DATE:  OCTOBER 1, 2013
                                        TIME:  9:45 A.M.
15 |                    Defendants.   | JUDGE: JOHN A. MENDEZ

16

17

18
                              **STIPULATION**
19

20        Plaintiff United States of America, by and through its counsel of record, and defendant Marat

21 Galoyan, by and through his counsel of record, hereby stipulate that the imposition of judgment and

22 sentencing in the matter presently set for October 1, 2013, at 9:45 a.m. may be vacated and the

23 matter continued to May 13, 2014, at 9:45 a.m. for a status conference regarding the imposition of

24 judgment and sentence.

25        Mr. Galoyan's plea agreement with the government contains a cooperation provision and the

26 government is not able to adequately assess the degree of Mr. Galoyan's cooperation until the

27 charges against others have been tried or otherwise disposed of.  For that reason, the parties have

28 stipulated that the current date for imposition of judgment and sentencing may be vacated and the

                                        1

matter continued to May 13, 2014, at 9:45 a.m. for a status conference regarding a new date for imposition of judgment and sentencing.

IT IS SO STIPULATED.

| DATED: September 23, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|
| | */s/ Lee S. Bickley*<br>LEE S. BICKLEY<br>Assistant United States Attorney |
| | For the UNITED STATES OF AMERICA |
| DATED: September 23, 2013 | */s/ Lee S. Bickley for*<br>CHRISTOPHER HAYDN-MYER |
| | For defendant MARAT GALOYAN |

**O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the imposition of judgment and sentencing in this matter currently scheduled for 9:45 a.m. on October 1, 2013, is vacated and the matter is continued to May 13, 2014, at 9:45 a.m. for a status conference regarding the imposition of judgment and sentence.

This 23rd day of September, 2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2