1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-000467 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING |
| v. | DATE: MAY 13, 2014 |
| ZHORA DARMOYAN, et. al., | TIME: 9:45 A.M. |
| Defendants. | JUDGE: JOHN A. MENDEZ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Marat Galoyan, by and through his respective counsel of record, hereby stipulate that the status conference concerning judgment and sentencing in the matter presently set for May 13, 2014, at 9:45 a.m. may be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

Mr. Galoyan's plea agreement with the government contains a cooperation provision and the government is not able to adequately assess the degree of his cooperation until the charges against others have been tried or otherwise disposed of.  For that reason, the parties have stipulated that the current date for a status conference concerning imposition of judgment and sentencing may be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding a new date for

Stipulation to Continue Sentencing                    1

imposition of judgment and sentencing and the setting of a new schedule of disclosures for the pre-sentencing report.

IT IS SO STIPULATED.

DATED: May 1, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lee S. Bickley*
LEE S. BICKLEY
Assistant United States Attorney
For the UNITED STATES OF AMERICA

DATED: May 1, 2014

*/s/ Lee S. Bickley for*
CHRISTOPHER HAYDN-MYER
For defendant Marat Galoyan

# O R D E R

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the status conference concerning imposition of judgment and sentencing in this matter currently scheduled for 9:45 a.m. on May 13, 2014, is vacated and the matter is continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

This 1st day of May, 2014.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE